OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.26⁵
DEC 16 2014

PITNEY BOWES

**12/8/2014**
**GONZALES, JOHN EDWARD  Tr. Ct. No. 959622-B**          **WR-62,603-04**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

JOHN EDWARD GONZALES
TDC #1241742

Discharged

ANK
RTS